1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENHOFF ENTERPRISES, INC., a California corporation dba LENHOFF & LENHOFF,<br><br>Plaintiff,<br><br>v.<br><br>UNITED TALENT AGENCY, INC., a California corporation; INTERNATIONAL CREATIVE MANAGEMENT PARTNERS LLC, a Delaware limited liability company; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:15-CV-01086-BRO (FFMx)<br><br>**ORDER RE STIPULATION TO EXTEND DEADLINES TO FILE AND TO RESPOND TO THIRD AMENDED COMPLAINT, AND PROPOSED BRIEFING SCHEDULE**<br><br>Current Deadline to File Third Amended Complaint: 1/8/2016<br><br>Current Response Date: 1/22/2016<br><br>New Proposed Deadline to File Third Amended Complaint: 1/22/2016<br><br>New Proposed Response Date: 2/12/2016 |

1  Having considered the parties' Stipulation To Extend Deadlines To File And
2  To Respond To Third Amended Complaint, And Proposed Briefing Schedule, and
3  good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS**:

4    1.    Plaintiff Lenhoff Enterprises, Inc. ("Plaintiff") shall have up to
5  and including January 22, 2016 to file any Third Amended Complaint
6  ("TAC").

7    2.    Defendants United Talent Agency, Inc. and International
8  Creative Management Partners LLC (collectively, "Defendants") shall have
9  up to and including February 12, 2016 to respond to the TAC.

10    3.    In the event that any motion is filed in response to the TAC, the
11  briefing schedule shall be extended, as follows:

12  <u>Opening Briefs</u>: February 12, 2016
13  <u>Opposition</u>: February 26, 2015
14  <u>Reply</u>: March 11, 2016
15  <u>Hearing Date</u>: March 21, 2016

**IT IS HEREBY ORDERED**

Dated: <u>January 7, 2016</u>

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE